IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOON EXPRESS, INC., | : |
| Plaintiff, | : C.A. No. 16-cv-344-LPS |
| v. | : |
| INTUITIVE MACHINES, LLC, | : |
| Defendant. | : |

[~~PROPOSED~~] SECOND AMENDED JUDGMENT FOLLOWING JURY VERDICT

This action came before the Court for a trial by jury beginning on January 8, 2018. The issues were tried and the jury rendered a verdict on January 12, 2018 in favor of Defendant Intuitive Machines, LLC ("Intuitive Machines") and against Plaintiff Moon Express, Inc. ("Moon Express") (D.I. 150). On February 22, 2018, the Court entered judgment in accordance with the jury's verdict (D.I. 182). On November 5, 2018, the Court entered an Amended Judgment which added to the original Judgment (D.I. 182) additional amounts for prejudgment interest, post judgment interest, and attorneys' fees and costs (D.I. 240). Thereafter, on January 18, 2019 the Court granted Intuitive Machines' Unopposed Supplemental Motion for Attorneys' Fees and Costs for the period March through November 2018 Pursuant to Section 11.15 of the TRV Contract, awarding Intuitive Machines an additional $218,779 in fees and costs (D.I. 249).

In accordance with the Court's Order granting Intuitive Machines' Unopposed Supplemental Motion for Attorneys' Fees and Costs for the period March through November 2018 Pursuant to Section 11.15 of the TRV Contract (D.I. 249), IT IS HEREBY ORDERED that the Judgment Following Jury Verdict (D.I. 182), together with the Amended Judgment (D.I. 240), are AMENDED to include the following:

1. Judgment is entered in favor of Intuitive Machines and against Moon Express for attorneys' fees and costs for the period March through November 2018 in the amount of $218,779.

2. In addition to the post judgment interest entered in the Amended Judgment (D.I. 240), judgment is entered in favor of Intuitive Machines and against Moon Express for post judgment interest in the per diem amount of 0.005232% on the attorneys' fees and costs for the period March through November 2018 in the amount of $218,779, until the judgment is fully satisfied, compounded annually.

3. The Court directs the Clerk to immediately enter judgment as set forth above.

IT IS SO ORDERED AND ADJUDGED.

February 28, 2019

_____
CHIEF JUDGE LEONARD STARK
UNITED STATES DISTRICT JUDGE